UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KANSA REINSURANCE CO., LTD.,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-917-T-26EAJ

STERLING INVESTORS LIFE INSURANCE CO.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant shall file a response to Plaintiff's Motion to Vacate Arbitration Award and Memorandum of Law in Support on or before June 5, 2006.

2) Plaintiff shall provide this Court with a courtesy copy of the appendices found at dockets 2 and 3 on or before June 5, 2006.

3) The Clerk is directed to forward a copy of this order to Defendant's attorney, Lawrence H. Kunin, Esq., Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326. Mr. Kunin shall advise this Court immediately if he and his firm do not intend to represent Defendant in this proceeding.

4) Because the Motion to Vacate Arbitration Award (Dkt. 1) is analogous to a complaint, the Clerk is directed to terminate it from pending status.

**DONE AND ORDERED** at Tampa, Florida, on May 16, 2006.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record